UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BLUE STAR PRESS, LLC, f/n/a PCG Publishing Group, LLC, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | SA-17-CA-111-OLG (HJB) |
| REAGAN LEWIS, SADA LEWIS, SEAN BLASKO, MELISSA BLASKO, DENISE SIMMONS, CHEVEUX ROUX, LLC, CATHOLIC ART PUBLISHERS, LLC, HP PUBLISHERS, LLC, and SCRSM ENTERPRISES, LLC, | § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the status of this case. Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 82.) During the preliminary injunction hearing held November 28, 2017, the parties expressed their willingness to hold a mediation regarding this case. In light of this mediation willingness, the Court hereby **ORDERS** the parties to mediate this case before U.S. Magistrate Elizabeth "Betsy" Chestney.[1]

Judge Chestney's chambers will confer with counsel to find a suitable mediation date. Counsel and parties must proceed in a good faith effort to try to resolve this case. Following mediation, Judge Chestney will advise only that the case did or did not settle. No other information should be transmitted to the District Court or the undersigned by the mediator or any other party.

---

[1] This mediation referral has been approved by the chambers of the District Court.

**SIGNED** on November 29, 2017.

_____
Henry J. Bemporad
United States Magistrate Judge