IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BLUE STAR PRESS, LLC, | § § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | |
| REAGAN LEWIS, SADA LEWIS, SEAN BLASKO, CHEVEUX ROUX, LLC, CATHOLIC ART PUBLISHERS, LLC, HP PUBLISHERS, LLC, SCRSM ENTERPRISES, LLC, | § § § § § § § | SA-17-CV-00111-OLG |
| *Defendants.* | § § § | |

## ADVISORY REGARDING OUTCOME OF MEDIATION

The undersigned held a mediation in the above-styled cause on December 13, 2017. In accordance with Local Civil Rule CV-88(i), the undersigned advises the District Court that Plaintiff Blue Star Press f/k/a PCG Publishing Group LLC, Counter-Defendant PCG Publishing Group LLC, and Defendants/Counter-Plaintiffs Reagan Lewis and Sada Lewis **have settled all claims** they have asserted against each other. Thus, those parties shall **file their dismissal paperwork with the Court on or before January 12, 2018**.

The District Court is also advised that Plaintiff Blue Star Press f/k/a PCG Publishing Group LLC, Counter-Defendant PCG Publishing Group LLC, and Third-Party Defendants Chunky Jam LLC, Camden Hendricks, Peter Licalzi, and Tommy Barros **did not reach a settlement** with Defendant/Third-Party Plaintiffs/Counter-Plaintiffs Sean Blasko and Cheveux Roux, LLC or Defendants Catholic Art Publishers, LLC, HP Publishers, LLC, and SCRSM Enterprises, LLC.

SIGNED this 14th day of December, 2017.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE